# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5176**

**September Term, 2024**

**1:24-cv-00196-ACR**

**Filed On:** May 27, 2025

Emery Soos,

      Appellant

      v.

Douglas A. Collins, Secretary of Veterans
Affairs of the U.S. Department of Veterans
Affairs and Walt C. Dannenberg, Medical
Director of the Tibor Rubin VA Medical
Center,

      Appellees

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:** Pillard, Katsas, and Rao, Circuit Judges

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's July 3, 2024 order be affirmed on the ground that appellant's constitutional claim was so patently insubstantial as to deprive the district court of subject-matter jurisdiction. See Hagans v. Lavine, 415 U.S. 528, 537–38 (1974); see also Washington v. Glucksberg, 521 U.S. 702, 723 (1997).

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 24-5176**                                    **September Term, 2024**

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**<u>Per Curiam</u>**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Daniel J. Reidy
Deputy Clerk